# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**LEE FORREST,**

        Plaintiff,

        V.                      CASE NUMBER: **05-C-1324**

**SECURED FUNDING CORPORATION,**

        Defendant.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the defendant's motion for summary judgment is GRANTED on plaintiff's claim that the defendant illegally obtained plaintiff's consumer report in advance of mailing him a loan solicitation letter in violation of the Fair Credit Reporting Act.**
**This action is hereby DISMISSED WITH PREJUDICE.**

      **January 8, 2007**
Date                                                Clerk

                                                    s/ Linda M. Zik
                                                    (By) Deputy Clerk